07 - 200

In The District Court of the State of Delaware
In And For New Castle County

Bruce L Waples
   Plaintiff

v.                                                CASE NO# 0610029325
                                                                      07-200
State of Delaware
   Defendant

APR 1 0 2007

Habeas Corpus Pursuant to 28 USC §2254
   Claims of Insufficient Evidence
SEE: Jackson v. VA, 443 US. 307, 319 (1979)
Habeas Corpus Relief Granted For Insufficient
Evidence because Prisoner showed that
No Rational Trier of Fact, viewing Evidence
in light most Favorable to prosecution,
"Could have Found The essential Elements
of The Crime beyound A reasonable doubt."
   Common Habeas Corpus Claims include
Sixth Amendment claim of Ineffective Assistance
of Counsel SEE: Strickland v. Washington 466 US 668 687
(1984) Claims of ineffective Assistance of Counsel must
show that Counsel's Performance was deficient
And Counsel's Errors Prejudiced defense
to the Extent That Petitioner was
deprived A fair trial See Eq. Ouber v. Guarino
293 F.3d 19, 35,36 (1st Cir 2002)

07-200

<u>Holsclaw v. Smith</u> 822 F.2d 1041 (11th Cir. 1987)

Trial Counsel's failure to raise issue of insufficient evidence at end of trial or move for dismissal base on insufficient evidence, Constituted ineffective Assistance of counsel

<u>Buggs v. U.S.</u>, 153 F.3d 439 (7th Cir 1998)

Insufficiency of evidence raises a Constitutional issue, which is Cognizable on Collateral review.

<u>Quartararo v. Hanslmaier</u>, 28 F Supp 2d 749 (EDNY 1998)

Where the evidence was insufficient to support Conviction for Second-degree murder habeas Corpus relief was granted.

<u>Whaley v. Thompson</u> 22 F Supp 2d 1146 (D. Or. 1998)

Where the evidence was insufficient to sustain Aggravated Kidnapping Conviction under Oregon Law, habeas corpus relief was warranted Pursuant to 28 U.S.C § 2254

<u>Lewis v. Johnson</u>, 359 F.3d 646, 661 (3d Cir 2004)
(Ineffective Assistance because counsel failed to consult Expert, Conduct Research, And Request Copies of studies Relied on by Expert witness)

<u>Mapes v. Tate</u>, 388 F.3d 187, 192 (6th Cir 2004)

Ineffective Assistance because Counsel Failed to investigate Potentially Mitigating Evidence

Wherefore! for the on going reason I request a immediate release

4-5-07

Respectfully Submitted
[signature] Pro-SE

07 - 200

**RECEIVED**
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Bruce Waples  BLDG: PT Hu5 SBI 170369
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

US District Court
844 N King Street
lockbox 18
Wilmington Del
19801