IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRUCE L. WAPLES,                )
                                )
          Petitioner,           )
                                )
v.                              )     Civil Action No. 07-200-GMS
                                )
RICHARD KEARNEY,                )
Warden, and ATTORNEY            )
GENERAL OF THE STATE            )
OF DELAWARE,                    )
                                )
          Respondents.          )

**O R D E R**

WHEREAS, you have filed papers for federal habeas corpus relief pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, **you have not indicated the conviction from which you are seeking habeas relief**; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 1___ day of May,

2007, that, on or before _June 7, 2007_, **you must file a statement identifying the conviction from which you are seeking habeas relief as well as the attached election form with the court.  Failure to timely return either document will result in the court's ruling on your pending petition as filed.**

_____

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRUCE L. WAPLES,              )
                             )
        Petitioner,          )
                             )
v.                           )     Civil Action No. 07-200-GMS
                             )
RICHARD KEARNEY,             )
Warden, and ATTORNEY         )
GENERAL OF THE STATE         )
OF DELAWARE,                 )
                             )
        Respondents.         )

**AEDPA ELECTION FORM**



1. _____     I wish the Court to rule on my § 2254
                petition as currently pending.  I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this petition
                will be my one opportunity to seek federal
                habeas corpus relief.

2. _____     I wish the Court to rule on my § 2254
                petition as amended by my attached statement
                alleging my grounds for habeas relief.  I
                realize that the law does not allow me to
                file successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this petition
                will be my one opportunity to seek federal
                habeas corpus relief.

3. _____     I wish to amend my § 2254 petition to
                include all the grounds I have.  I will
                do so within thirty (30) days.  I realize

that the law does not allow me to file
successive or later petitions unless I
receive certification to do so from the
United States Court of Appeals for the
Third Circuit; therefore, this amended
all-inclusive petition will be my one
opportunity to seek federal habeas corpus
relief.

4. _____    I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  See Swartz v. Meyers,
204 F.3d 417 (3d Cir. 2000).

5. _____    I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.


_____
Petitioner