IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRUCE L. WAPLES,            )
                            )
        Petitioner,         )
                            )
v.                          )      Civil Action No. 07-200-GMS
                            )
RICHARD KEARNEY,            )
Warden, and ATTORNEY        )
GENERAL OF THE STATE        )
OF DELAWARE,                )
                            )
        Respondents.        )



**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓           I wish the Court to rule on my § 2254 petition as amended by my attached statement alleging my grounds for habeas relief. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.



3. ~~ERROR~~    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize

|   |   |   |
|---|---|---|
| | | that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief. |
| 4. | _____ | I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000). |
| 5. | _____ | I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____. |

*Bruce Wyples*
Petitioner

I/M Bruce L. Waples
SBI# 120369  UNIT 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington Delaware 19801-3570

Legal Mail