D.I. #_____

# CIVIL ACTION
# NUMBER: 07cv200 Gms

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7005 1820 0004 3169 5957

Postage            $  131
Certified Fee         265
Return Receipt Fee    215
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees

Postmark
Here
JUN 13 2007
WILMINGTON DE 19801
RODNEY SQ STA USPS

Sent To:  LOREN MEYERS
          DEPUTY ATTORNEY GENERAL
          DEPARTMENT OF JUSTICE      07-200
Street, Apt. No.; 820 N. FRENCH STREET
or PO Box No.
City, State, ZIP+4  WILMINGTON, DE 19801       Gms

PS Form 3800, June 2002         See Reverse for Instructions
```

