**D.I. #** _____

# CIVIL ACTION
# NUMBER: 07CV200 GMS

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark: RODNEY SQ STA WILMINGTON DE 19801, JUN 13 2007, USPS

7003 1680 0002 2585 9172

Sent To: WARDEN RICK KEARNEY
SUSSEX CORRECTIONAL INSTITUTE
Street, Apt. No.; or PO Box No.: P.O. BOX 500
City, State, ZIP+4: GEORGETOWN, DE 19947

07-200 GMS

PS Form 3800, June 2002    See Reverse for Instructions

2007 JUN 13 PM 3:58
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE

RG
Stewart