**D.I. #** _____

# CIVIL ACTION
# NUMBER:  07 cv 200 (GMS)

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

                OFFICIAL USE

Postage              $
Certified Fee
Return Reciept Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To   WARDEN RICK KEARNEY
          SUSSEX CORRECTIONAL INSTITUTE   07-200
Street, Apt. No.; P.O. BOX 500
or PO Box  GEORGETOWN, DE 19947           GMS
City, State, ZIP+4

7003 1680 0002 2585 9110

PS Form 3800, June 2002        See Reverse for Instructions
```

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, JUN 22 2007