D.I. #_____

# CIVIL ACTION
# NUMBER: 07 cv 200 (GMS)

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, JUN 2007, USPS

Article number: 7003 1680 0002 2585 9189

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE, 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

07-200 GmS

PS Form 3800, June 2002    See Reverse for Instructions