IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRUCE L. WAPLES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-200-GMS |
| | ) | |
| THOMAS CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

At Wilmington this 12th day of July, 2007;

IT IS ORDERED that:

The State shall file documentation demonstrating that petitioner Bruce Waples has a direct appeal pending before the Delaware Supreme Court.

UNITED STATES DISTRICT JUDGE



FILED

JUL 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE