## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRUCE L. WAPLES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A.No. 07-200-GMS |
| | ) | |
| THOMAS L. CARROLL, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

Respondents hereby submit copies of the following state court records:

a.    Superior Court docket, *State v. Waples*, ID No. 0610029325.

b.    Supreme Court docket, *Waples v. State*, No. 122, 2007.

c.    Supreme Court docket, *Waples v. State*, No. 163, 2007.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith
Gregory E. Smith, I.D. No. 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
Dated: July 13, 2007                              (302) 577-8398

**CERTIFICATION OF SERVICE**

The undersigned certifies that on July 13, 2007, he electronically filed the

attached *Notice of Filing of State Court Records* with the Clerk of Court using CM/ECF.

The undersigned further certifies that on July 13, 2007 that he mailed by state mail the

document(s) to the following non-registered participant:


Bruce L. Waples
SBI No. 00170369
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977


STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Gregory E. Smith_____
Gregory E. Smith, ID # 3869
Deputy Attorney General
820 North French Street, 7th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8398